UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN JAMES MELYCHER,<br><br>Defendant | Criminal No. 24cr10158<br><br>Violations:<br><br>Counts One through Three: Mailing Threatening Communications<br>(18 U.S.C. § 876(c)) |

## INDICTMENT

### COUNT ONE
Mailing Threatening Communications
(18 U.S.C. § 876(c))

The Grand Jury charges:

On or about December 16, 2022 in the District of Massachusetts, and elsewhere, the defendant,

DEVIN JAMES MELYCHER,

knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to the Victim Employee, who is a United States official covered by 18 U.S.C. § 1114, at the John Joseph Moakley United States Courthouse in Boston, Massachusetts, and containing a threat to injure the Victim Employee.

All in violation of Title 18, United States Code, Section 876(c).

COUNT TWO
Mailing Threatening Communications
(18 U.S.C. § 876(c))

The Grand Jury further charges:

On or about January 3, 2023 in the District of Massachusetts, and elsewhere, the defendant,

DEVIN JAMES MELYCHER,

knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication addressed to the Victim Employee, who is a United States official covered by 18 U.S.C. § 1114, at the John Joseph Moakley United States Courthouse in Boston, Massachusetts, and containing a threat to injure the Victim Employee.

All in violation of Title 18, United States Code, Section 876(c).

2

COUNT THREE
Mailing Threatening Communications
(18 U.S.C. § 876(c))

The Grand Jury further charges:

On or about January 12, 2022 in the District of Massachusetts, and elsewhere, the defendant,

DEVIN JAMES MELYCHER,

knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication addressed to the Victim Employee, who is a United States official covered by 18 U.S.C. § 1114, at the John Joseph Moakley United States Courthouse in Boston, Massachusetts, and containing a threat to injure the Victim Employee.

All in violation of Title 18, United States Code, Section 876©.

A TRUE BILL

_____
[signature]

_____
LUKE A. GOLDWORM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY 30, 2024

Returned into the District Court by the Grand Jurors and filed. /s/Thomas F. Quinn 5/30/24 @ 12:45pm
DEPUTY CLERK