UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>United States of America</u>**
   **Plaintiff**,

                  CA No. 1:24-cr-10158-RGS-1

  v.

**<u>Devin James Melycher</u>**
   **Defendant**

ORDER OF RECUSAL

<u>STEARNS, D.J.</u>

  I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. ' 455 (a). The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.

                 <u>/s/ *Richard G. Stearns*</u>
                 Richard G. Stearns
                 United States District Judge

Dated: <u>6/3/2024</u>